JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

JONATHAN BAE, Esq./State Bar #229967
2201 Broadway, Suite M-5
Oakland, California 94612
Telephone: (510) 834-4357
Facsimile: (510) 663-6731

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEE YOUNG KIM, individually and as personal representative of the Estate of RICHARD KIM; SEHUN KIM, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a municipal corporation; CHARLES PLUMMER, in his capacity as Sheriff for the COUNTY OF ALAMEDA; TARA RUSSELL, individually and in her capacity as a deputy sheriff for the COUNTY OF ALAMEDA; DAVID TAYLOR, individually and in his capacity as a deputy sheriff for the COUNTY OF ALAMEDA; and DOES 1-100, inclusive, <br><br> Defendants. <br> _____/ | Case No. C 07 01281 WHA <br><br> **STIPULATION AND (PROPOSED) ORDER EXTENDING DATE OF INITIAL EXPERT DESIGNATIONS AND REPORTS** |

**STIPULATION**

The parties to the above-entitled action hereby stipulate to extend the date of the initial expert designations and reports by thirty days, from January 25, 2008 to February 25, 2008. Good cause for the requested extension is based on the need for the parties to complete fact discovery sufficiently for the parties' expert witnesses to fully review and evaluate the completed fact discovery, currently set to close on January 25, 2008.

Dated: December 21, 2007  **The Law Offices of John L. Burris**

/s/ Benjamin Nisenbaum
Ben Nisenbaum, Esq.
Attorney for Plaintiffs

Dated: December 21, 2007  **Haapala, Altura, Thompson & Abern, LLP**

/s/ Clyde Thompson
Clyde Thompson, Esq.
Attorney for Defendants

**(PROPOSED) ORDER**

Pursuant to Stipulation, good cause based on the need for the parties' experts to review the completed fact discovery in forming their expert opinions, the Court hereby grants the parties' stipulation and orders that the Court's Pre-Trial Order is hereby modified only to the extent that initial expert witness designations and reports shall occur no later than February 25, 2008.

**IT IS SO ORDERED.**

Dated: January 2, 2008

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order extending date of Expert Witness Disclosures and Reports
KIM, et al. v. COUNTY OF ALAMEDA, et al.   Case No. C 07 01281 WHA

2