IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEE YOUNG KIM, individually and as personal representative of the Estate of RICHARD KIM, SEHUN KIM,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, a municipal corporation, CHARLES PLUMMER, in his capacity as Sheriff for the County of Alameda, TARA RUSSELL, individually and in her capacity as a deputy sheriff for the County of Alameda, DAVID TAYLOR, individually and in his capacity as a deputy sheriff for the County of Alameda, and DOES 1–100, inclusive,

    Defendants.

No. C 07-01281 WHA

**ORDER DENYING REQUESTED EXTENSION TO EXPERT DISCOVERY DEADLINES**

In light of the Court's previous one-month extension to the expert discovery deadlines, the parties' request to further extend the expert discovery deadlines by another month is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE