IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEE YOUNG KIM, individually and as personal representative of the Estate of RICHARD KIM, SEHUN KIM,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, a municipal corporation, CHARLES PLUMMER, in his capacity as Sheriff for the County of Alameda, TARA RUSSELL, individually and in her capacity as a deputy sheriff for the County of Alameda, DAVID TAYLOR, individually and in his capacity as a deputy sheriff for the County of Alameda, and DOES 1–100, inclusive,

    Defendants.

No. C 07-01281 WHA

**ORDER RE NOTICE OF SETTLEMENT**

If and when a settlement agreement is signed by all parties subject only to a 45 day fuse period for approval from the board of supervisors and then provided to the Court, the Court will consider a stay in this action. The notice of settlement provided by the parties does not indicate whether such a signed agreement has been made. The Court has learned the hard way that "settlements" often evaporate before they are signed and/or approved.

**IT IS SO ORDERED.**

Dated: March 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE