**United States District Court**
For the Northern District of California

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    JEE YOUNG KIM, individually and as personal
     representative of the Estate of RICHARD KIM,
10   SEHUN KIM,                                              No. C 07-01281 WHA

11              Plaintiffs,

12      v.                                                   **REMINDER NOTICE OF
                                                             UPCOMING TRIAL AND
13   COUNTY OF ALAMEDA, a municipal corporation,            FINAL PRETRIAL
     CHARLES PLUMMER, in his capacity as Sheriff            CONFERENCE**
14   for the County of Alameda, TARA RUSSELL,
     individually and in her capacity as a deputy sheriff
15   for the County of Alameda, DAVID TAYLOR,
     individually and in his capacity as a deputy sheriff
16   for the County of Alameda, and DOES 1–100,
     inclusive,
17
                Defendants.
18   _____/

19

20          This notice serves as a friendly reminder that this case remains set for a **FINAL**

21   **PRETRIAL CONFERENCE** on **MAY 19, 2008**, at **2:00 P.M.**, with a **JURY TRIAL** on **JUNE 2, 2008**.

22   Please consult the existing case management order and review and follow all standing

23   guidelines and orders of the undersigned for civil cases on the Court's website at

24   http://www.cand.uscourts.gov.  Continuances will rarely be granted.

25          The final pretrial conference will be an important event, for it will be there that the

26   shape of the upcoming trial will be determined, including *in limine* orders, time limits and

27   exhibit mechanics.  Lead trial counsel must attend.

28          To avoid any misunderstanding with respect to the final pretrial conference and trial, the

     Court wishes to emphasize that all filings and appearances must be made — on pain of

**United States District Court**
For the Northern District of California

1    dismissal, default or other sanction — unless and until a dismissal fully resolving the case is

2    received.  It will not be enough to inform the clerk that a settlement in principle has been

3    reached or to lodge a partially executed settlement agreement or to lodge a fully executed

4    agreement (or dismissal) that resolves less than the entire case.  Where, however, a

5    fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

6    case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial act

7    remains, the Court will arrange a telephone conference to work out an alternate procedure

8    pending a formal dismissal.

9            In order to evaluate whether the Court can be of further ADR assistance, please file a

10   joint report within fourteen days of service of this order describing the progress and status of

11   your ADR efforts to date and any further ADR recommendations by the parties.

12           In this case, the Court wishes to consider the following additional trial procedures and

13   desires that counsel meet and confer and reach a stipulation concerning whether and how to use

14   them:

15                   1.      Scheduling opposing experts so as to appear in successive order;

16                   2.      Giving preliminary instructions on the law;

17                   3.      Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39 of

18           the Arizona Rules of Civil Procedure); and

19                   4.      Allowing each side fifteen minutes of opening/argument time to be

20           used during the evidence time (in addition to normal opening statement and

21           closing argument).

22           Please present the results of your stipulation (or not) in the joint pretrial conference

23   submissions.

24

25

26   Dated:  March 19, 2008.                                _____

27                                                          WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE

28