1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  John C. Won, SBN 242743
   HAAPALA, THOMPSON & ABERN, LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612
4  Tel:   510-763-2324
   Fax:   510-273-8570
5

6  Attorneys For Defendants
   COUNTY OF ALAMEDA, CHARLES PLUMMER,
7  TARA RUSSELL and DAVID TAYLOR

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 | JEE YOUNG KIM, individually and as         ) | Case No.: C07-01281 WHA
   | personal representative of the Estate of   ) |
11 | RICHARD KIM; SEHUN KIM,                    ) | **STIPULATION AND [PROPOSED]**
   |                                            ) | **ORDER OF DISMISSAL WITH**
12 |         Plaintiffs,                        ) | **PREJUDICE OF DEFENDANTS**
   |                                            ) | **COUNTY OF ALAMEDA, CHARLES**
13 | vs.                                        ) | **PLUMMER, TARA RUSSELL AND**
   |                                            ) | **DAVID TAYLOR**
14 | COUNTY OF ALAMEDA, a municipal             ) |
   | corporation; CHARLES PLUMMER, in his       ) |
15 | capacity as Sheriff for the COUNTY OF      ) |
   | ALAMEDA; TARA RUSSELL, individually        ) |
16 | and in her capacity as a deputy sheriff for the ) |
   | COUNTY OF ALAMEDA; DAVID                   ) |
17 | TAYLOR, individually and in his capacity as a) |
   | deputy sheriff for the COUNTY OF           ) |
18 | ALAMEDA; and DOES 1-100, inclusive,        ) |
   |                                            ) |
19 |         Defendants.                        ) |

20

21      IT IS HEREBY STIPULATED by and between plaintiffs JEE YOUNG KIM,

22 individually and as personal representative of the Estate of RICHARD KIM; and SEHUN KIM,

23 and defendants CHARLES PLUMMER, TARA RUSSELL and DAVID TAYLOR, by and

24 through their counsel, that the above-captioned action be and hereby is dismissed with prejudice

25 pursuant to FRCP 41(a)(1), as to defendants CHARLES PLUMMER, TARA RUSSELL and

26 DAVID TAYLOR for a mutual waiver of costs and attorneys' fees.

27      IT IS FURTHER STIPULATED by and between Plaintiffs and Defendant COUNTY OF

28 ALAMEDA, through their designated counsel, that the above-captioned action be and hereby is

1

*Kim, et al. v. County of Alameda, et al./*Case #C07-01281 WHA
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants
County Of Alameda, Charles Plummer, Tara Russell And David Taylor

dismissed with prejudice, as to defendant COUNTY OF ALAMEDA pursuant to FRCP 41(a)(2). The parties shall be responsible for the payment of their own court costs and attorneys fees.

Dated: April 24, 2008          LAW OFFICES OF JOHN L. BURRIS

By _____
John L. Burris
Attorneys for Plaintiffs

Dated: April 28, 2008          HAAPALA, THOMPSON & ABERN, LLP

By _____
Clyde A. Thompson
Attorneys for Defendants
COUNTY OF ALAMEDA, CHARLES
PLUMMER, TARA RUSSELL and
DAVID TAYLOR

### ORDER

The Court having considered the parties' stipulation for dismissal, the entire case is hereby ordered dismissed with prejudice.

Dated: April 30, 2008.

*IT IS SO ORDERED*
*Judge William Alsup*

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge

---

2

*Kim, et al. v. County of Alameda, et al.*/Case #C07-01281 WHA
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants
County Of Alameda, Charles Plummer, Tara Russell And David Taylor